

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY BELL #344729 | CIVIL ACTION |
| VERSUS | NO. 04-2102 |
| N BURL CAIN WARDEN | SECTION "J" (6) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s): Petitioner has not made a substantial showing of the Denial of a constitutional Right, as set forth by the Magistrate in the Report + Recommendation adopted by the undersigned. Rec. Doc. 7.

Date: July 18, 2005

_____
UNITED STATES DISTRICT JUDGE